Chad C. Butterfield
Nevada Bar No. 10532
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: chad.butterfield@jacksonlewis.com

*Attorneys for TBC – The Boring Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAESAR CARACHURI-TERRAZAS, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>TBC – THE BORING COMPANY, a Texas corporation,<br><br>            Defendant. | Case No. 2:26-cv-00568-JAD-BNW<br><br>**STIPULATION AND ORDER TO SUBMIT TO BINDING ARBITRATION AND STAY CASE PENDING ARBITRATION**<br><br>ECF No. 10 |

Plaintiff, Caesar Carachuri-Terrazas ("Plaintiff") and Defendant, TBC – The Boring Company ("Defendant"), by and through their respective undersigned counsel of record, hereby stipulate and agree to submit this matter to binding arbitration and to stay the case pending arbitration, as follows:

1.     Plaintiff entered into a valid and binding Employee Arbitration and Dispute Resolution Agreement and Class Action Waiver (the "Arbitration Agreement") with Defendant in which Plaintiff agreed to resolve through final, binding, and confidential arbitration any and all disputes arising from or relating to recruitment, hiring, employment, termination of employment, and claims arising post-employment.

2.     The Arbitration Agreement further provides that any claim subject thereto shall be arbitrated by an arbitrator in accordance with the Employment Arbitration Rules and Procedures of the Judicial Arbitration and Mediation Service ("JAMS") and that arbitration will occur in Clark County, Nevada.

Jackson Lewis P.C.
Las Vegas

3.    The claims alleged in this action fall within the scope of the Arbitration Agreement.

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant and ORDERED as follows:

1.    The above-captioned action, in its entirety, shall be submitted to binding arbitration pursuant to the terms of the Mutual Arbitration Agreements;

2.    Plaintiff shall initiate arbitration proceedings with JAMS; and

3.    All proceedings in this action shall be stayed pending completion of arbitration pursuant to *Smith v. Spizzirri*, 601 U.S. 472, 478 (2024) ("When a district court finds that a lawsuit involves an arbitrable dispute, and a party requests a stay pending arbitration, § 3 of the FAA compels the court to stay the proceeding.").

Dated this 15th day of June, 2026.

**JACKSON LEWIS P.C.**

/s/ Chad C. Butterfield
CHAD C. BUTTERFIELD, ESQ.
Nevada State Bar No. 10532
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*TBC – The Boring Company*

**GREENBERG GROSS LLP**

/s/    John M. Orr
JEMMA E. DUNN, ESQ.
Nevada State Bar No. 16229
MATTHEW T. HALE
Nevada State Bar No. 16880
JOHN M. ORR, ESQ.
Nevada State Bar No. 14251
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*
*Eduardo Fernandez*

**ORDER**

Based on the parties' stipulation [**ECF No. 10**] and good cause appearing, IT IS ORDERED that THIS CASE IS STAYED PENDING ARBITRATION. The Clerk of Court is directed to ADMINISTRATIVELY CLOSE this case.

_____
DISTRICT COURT JUDGE
June 16, 2026